**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 95-30501
Summary Calendar

_____

DOUGLAS LEBLANC,

Plaintiff,

HALLIBURTON GEOPHYSICAL SERIVICES, INC., NORMAN MCCALL, M/V
ALLEN MCCALL,

and

HALLIBURTON GEOPHYSICAL SERVICE, INC.

Third Party Plaintiff-Appellee,

versus

CAMERON BOAT RENTALS,

Third Party Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(93-CV-1273)

_____

November 13, 1995

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[1]

The only issue presented on appeal is whether the district

court correctly determined that Halliburton Geophysical Services,

_____

[1]Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

Inc. (Halliburton) was entitled to indemnification from Cameron Boat Rentals, Inc. (Cameron) under the terms of the time charter in effect between them.  For essentially the reasons advanced by the district court in its thorough reasons for judgment rendered on April 10, 1995, we conclude that the district court correctly resolved this issue under maritime law as expresssed in Ogea v. Loffland, 622 F.2d 186 (5th Cir. 1980).

Accordingly, the judgment of the district court is affirmed.

AFFIRMED.